# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN AVALOS ROQUE,<br>Petitioner,<br>v.<br>WARDEN OF THE MESA VERDE DETENTION FACILITY,<br>Respondent. | Case No. 1:26-cv-07294-KES-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 29, 2026, the Court ordered Respondent to file a response to the petition within twenty-one days. (ECF No. 7.)

Accordingly, the Court HEREBY ORDERS Respondent to file a response to the petition within **SEVEN (7) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **October 26, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE